THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lamonze Williams, Appellant.
 
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2007-UP-186
Submitted April 2, 2007  Filed April 24, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart,of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Lamonze Williams appeals his conviction for possession of crack cocaine with intent to distribute and his sentence to twelve years imprisonment.  His counsel contends the trial court should have granted his motion for a directed verdict based on the insufficiency of the evidence.  After a thorough review of the record, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Williams appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.